STAYED(JS-6)

1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

11 TIMOTHY ARCHER, et al.,

Case No.  2:14-cv-08447-MMM-RZ

12          Plaintiffs,

[Assigned to Hon. Margaret M. Morrow]

13 v.

**(PROPOSED) ORDER GRANTING
JOINT MOTION TO STAY
PROCEEDINGS PENDING RULING
BY THE JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION**

14 TAKATA CORPORATION, et al.,

15          Defendants.

16

17        Upon consideration of the Joint and Unopposed Motion by Plaintiffs and

18 Defendants TK Holdings, Inc. and Highland Industries, Inc. to Stay Proceedings

19 Pending a Ruling by the Judicial Panel on Multi-District Litigation and all other

20 relevant factors, it is hereby ORDERED AND ADJUDGED that A STAY OF

21 PROCEEDINGS IS GRANTED until the Judicial Panel on Multi-District

22 Litigation rules on the pending motion to transfer pursuant to 14 U.S.C. § 1407.

23

24 Dated:  ___December 18,_____, 2014

25                                        _____

                                        The Hon. Margaret M. Morrow

26                                        UNITED STATES DISTRICT JUDGE

27

28